

RECEIVED

MAR 1 0 2020

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF IOWA

Case No. 504993

)
)
Ronald JASON SANTIAGO )
)
Plaintiffs,                                   )       **NOTICE OF CONSTITUTIONAL**
)       **CHALLENGE OF STATUTE**
)
............ official )
Capacity as Sheriff of Scott County, IOWA )
)
)
Defendant.                             )

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Plaintiffs, by and through

counsel, respectfully file this Notice of Constitutional Challenge of Statute with the Court and

renew and ......... notice previously provided to the Attorney General of ......... (the

"Attorney General"). In support thereof Plaintiffs show as follows:

1.      This action was instituted by Plaintiffs on 3-10-20   and the Defendant

thereafter accepted service on ⌐

2.      By certified letter dated 3-10-2020 , and pursuant to Rule 5.1(a)(1)(B),

Plaintiffs provided the Attorney General with a copy of the Summons and Complaint in this

action and notified him that this action challenged the constitutionality of a state statute. A true

and accurate copy of that notice is attached hereto as Exhibit A. In that letter, Plaintiffs

communicated that they were serving a copy of the Summons and Complaint on the Attorney

General pursuant to Rule 5.1(a), that the Complaint challenged the constitutionality of a state

statute, and that the Complaint was filed against ......... ⌐. in his official capacity

as Sheriff of          County. In this manner, Plaintiffs complied with Rule 5.1(a)(1)(B)'s

requirements that the Attorney General be notified that a state statute was being challenged

through this action and that neither the State, one of its agencies, nor one of its officers or

employees had been named as a defendant.

3.    Plaintiffs believe the _____ letter satisfies their substantive obligations

under Rule 5.1(a)(1)(B) and (a)(2).  However, Plaintiffs file this Notice to clarify that through

this action, and as reflected in their Complaint, Plaintiffs are challenging the constitutionality of

_____ General Statute _____ because it restricts _____

To the extent the time requirements set forth in Rule 5.1(c)

would be triggered by this Notice, _____ of by Plaintiff's _____ notice, the Attorney

General has 60 days from receipt of this Notice to intervene in this matter.

4.    In further compliance with Rule 5.1(a)(2), Plaintiffs will serve the Attorney

General with a copy of this Notice via certified mail.

Respectfully submitted this the _____

WILLIAMS MULLEN

BY: /s/ Camden R. Webb
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
P.O. Box 1000
Raleigh, NC 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
Attorneys for Plaintiffs

Ronald JAson SANtiAGo
2700 Grand Course
Suite 509 NY NY
10458

**U.S. Department of Justice**
Washington, DC 20530

### Exhibit A to Registration Statement
### Pursuant to the Foreign Agents Registration Act of
### 1938, as amended

---

**INSTRUCTIONS.** Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently. The filing of this document requires the payment of a filing fee as set forth in Rule (d)(1), 28 C.F.R. § 5.5(d)(1). Compliance is accomplished by filing an electronic Exhibit A form at https://www.fara.gov.

**Privacy Act Statement.** The filing of this document is required by the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide this information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the FARA Unit in Washington, DC. Statements are also available online at the FARA Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

**Public Reporting Burden.** Public reporting burden for this collection of information is estimated to average .22 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, FARA Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

---

| 1. Name of Registrant | 2. Registration Number |
|---|---|
|  |  |

3. Primary Address of Registrant

| 4. Name of Foreign Principal | 5. Address of Foreign Principal |
|---|---|
| 6. Country/Region Represented |  |

7. Indicate whether the foreign principal is one of the following:

☐ Government of a foreign country [1]

☐ Foreign political party

☐ Foreign or domestic organization: If either, check one of the following:

☐ Partnership ☐ Committee

☐ Corporation ☐ Voluntary group

☐ Association ☐ Other *(specify)* _____

☐ Individual-State nationality _____

8. If the foreign principal is a foreign government, state:

a) Branch or agency represented by the registrant

b) Name and title of official with whom registrant engages

---

[1] "Government of a foreign country," as defined in Section 1(e) of the Act, includes any person or group of persons exercising sovereign de facto or de jure political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group and any group or agency to which such sovereign de facto or de jure authority or functions are directly or indirectly delegated. Such term shall include any faction or body of insurgents within a country assuming to exercise governmental authority whether such faction or body of insurgents has or has not been recognized by the United States.

9. If the foreign principal is a foreign political party, state:

    a)  Name and title of official with whom registrant engages

    b)  Aim, mission or objective of engagement

10. If the foreign principal is not a foreign government or a foreign political party:

    a)  State the nature of the business or activity of this foreign principal.

    b)  Is this foreign principal:

| | |
|---|---|
| Supervised by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Owned by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Directed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Controlled by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Financed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Subsidized in part by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |

11. Explain fully all items answered "Yes" in Item 10(b).

12. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.

DATE
2-26-2020

COMES NOW, Ronald Santiago in Rerum Natura the accused and making a Special Appearance who hereby demands that this legislative tribunal and judicial assembly the dismissal of this cause because of lack of exclusive jurisdictional authority over the exact geographical location where the alleged criminal activity mentioned in the indictment took place; and hereby files this formal Demand to Dismiss for Lack of Territorial Jurisdiction.

My reasons for petitioning the Court are the following the United States Lacks exclusive territorial jurisdiction over my being.

Therefore I will demonstrate in this document as such.

Point 1.
_____

First I must make sure that this Courtroom has the utmost candor.

Therefore please be reminded that according to 5 U.S.C. section 331 Oath of Office, you have all agreed that you will uphold the Constitution.

Therefore I ask do you have your written copy of your oath of office and if so can you please produce that copy in your response to this Affidavit.

Point 2.
_____

Also I request according to 22 U.S.C. section 612, can you please produce a Foreign Registration Statements if so please submit a copy in your response to this Affidavit

Point 3.
_____

Moving right along Lack of Territorial Jurisdiction mainly comes from the law on territory "within" the " UNITED STATES" for example:

The term United States has more than one meaning, 1) The United States means a sovereign among nations. 2) The United States means it has sovereign rule over its territories and insular possessions. 3) The United States of America refers to the geographical space of the individual sovereign 50 states.

We can also find this truth in *Hooven & Allison Co. v. Evatt*, 324 U.S. 652 (1945).

Point 4.

_____

It is a known fact that the United States is not the landmass of the entire country it is only domiciled in the District of Columbia or D.C according to Uniform Commercial Code Article 9 section 307 (h) Location of United States.

Point 5.

_____

This can  also be proved  in the laws referring to the "exclusive legislative jurisdiction":

19 C.F.R  7.2  Insular possessions are under the exclusive legislative jurisdiction of the United States (D.C) none of the 50 states are included in this exclusive legislative jurisdiction.

26 C.F.R 1.911-2 (g) United States it states that in geographical sense includes any territory under the sovereignty of the United States it includes the states , the District of Columbia, the possessions and territories of the United States, the territorial waters of the United States, the air space over the United States, and the seabed and subsoil of those submarine areas which are adjacent to the territorial waters of the United States and over which the United States has exclusive rights, in accordance with international law, with respect to the exploration and exploitation of natural resources, however it doesn't include any of the 50 states.

In reference to the terms "states" it is not referring to the 50 states because if it was it would therefore made reference to the 50 states, however the word states and several states are interchangeable for example in 26 C.F.R 31.312 (e)-1 State, United States, and Citizen. Notice that the 50 states are not included.

All the territories and possessions owned by the U.S. are named in 33 C.F.R 2.30 Exclusive Economic Zone still the 50 states are not included.

Also in 46 C.F.R 308.504 Definition of Territories and Possessions, a extensive list of the territories and possessions are mentioned as being owned by the U.S. but the 50 states are not included.

Whatsmore in 22 U.S.C Section 611 (m) the term United States is defined in a geographical sense however the 50 states are not mentioned.

Moreover, in the code exclusively for the United States, 48 U.S.C. Territories and Insular possessions no where in the code does it mention the 50 states being a part of its territories and possessions.

Also in the report of 1962 titled "JURISDICTION OVER FEDERAL AREAS WITHIN THE STATES" is more proof that the United States only has jurisdiction over its "lands" it owns in the state it has no authority over the states.

The laws that are known as Federal Enclave Laws (of the U.S) 18 U.S.C. section 7 Special It Maritime and Territorial Jurisdiction includes outside the jurisdiction of any nation the crime committed against a national or by a national, however by birth I am not a national of the United States.

Most important the title that governs the federal criminal code which is title 18 and in title 18 it states in 18 U.S.C. Section 5 - United States defined ( it states) in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone. However once again the 50 states are not mention because the 50 states are not a part of the United States therefore the 50 states are not subject to the jurisdiction of the United States.

Also in 18 U.S.C. Section 23.1 Defines the term "court of the United States" which includes the District and all the territories but it does not include the 50 states.

Point 6.

———

## CERTIFICATE OF SERVICE

I hereby certify that on                    , I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

I further certify that the foregoing was served upon the Attorney General of

by mailing a copy thereof to the address indicated below with the proper postage attached and

deposited in an official depository under the exclusive care and custody of the United States

Postal Service

Served Via Certified Mail:
The Honorable

The phraseology of § 9-109(2) defining equipment as goods used or bought for use primarily in business seems to contemplate a distinction between the use of collateral "**in business**" and the mere use of the collateral for some commercial, economic or income-producing purpose by **one not engaged "in business."**

The appropriate filing place turns upon the classification of the collateral as consumer goods or equipment. The Uniform Commercial Code classifies goods as consumer goods

> ". . . if they are used or bought for use primarily for personal, family or household purposes. (2). Fn (2) 11 MRSA § 9-109(1).

It is the court's opinion that **the use of a vehicle by its owner for purposes of traveling to and from his employment is a "personal," as opposed to a business use,** as that term is used in UCC § 9-109 (1). The phraseology of UCC § 9-109 (2), defining "equipment" as goods used or bought for use primarily "in business" seems to contemplate a distinction between the use of collateral "in business," and the mere use of the collateral for some commercial, economic or income-producing purpose by one not engaged "in business."

**Traveling to and from work is a PERSONAL use NOT a BUSINESS use!**

This ruling is consistent with the undisputed fact that "**The classification of goods is determined by its primary use**" (Barron's Law Dictionary, Third Edition, 1991) and not by the type of goods, including, but not limited to, vehicles.

> "A vehicle not used for commercial activity is **a "consumer goods", . . . it is NOT a type of vehicle required to be registered and "use tax" paid of which the tab is evidence of receipt of the tax.**" Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

> **"Thus self-driven vehicles are classified according to the use to which they are put rather than according to the means by which they are propelled."** Ex Parte Hoffert, 148 NW 20.

> "The Supreme Court, in Arthur v. Morgan, 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825, held that carriages were properly classified as household effects, and we see no reason that automobiles should not be similarly disposed of." Hillhouse v United States, 152 F. 163, 164 (2nd Cir. 1907).

> "A soldier's personal automobile is part of his ``household goods[.]" U.S. v Bomar, C.A.5(Tex.), 8 F.3d 226, 235" 19A Words and Phrases - Permanent Edition (West) pocket part 94.

The writ is unlike a petition or motion to show cause, because the burden of proof is on the respondant, not on the demandant.

FILED

SEP 11 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

18 - 41 91

|                              |   |                                       |
|------------------------------|---|---------------------------------------|
|                              | ) | **WRIT**                              |
| Ronald J Santiago    ,       | ) | **IN THE NATURE OF *QUO WARRANTO*:**  |
|                              | ) |                                       |
|         DEMANDANT.           | ) | 3:2:1 (in judicial mode);             |
|                              | ) | 28 U.S.C. §§ 2072(b), 2403(a);        |
|                              | ) | FRAP Rule 44; and,                    |
|                              | ) | FRCP 24(a), (c) *in pari materia*     |
| _____ | ) | (United States not a party).       |

Thus, the clerk of court is <u>not</u> the legal custodian of any such Presidential Commissions.  See 5 U.S.C. §§ 2104(a)(1)(A) and 2902(c)

<u>A must</u> have, in order for to occupy the office of United States magistrate judge in , the USA or any State.

1.COMES NOW the (Ronald J Santiago) to exercise right , pursuant to 28 U.S.C. 2403(a), to apply for a Writ of *Quo Warranto* in the instant appeal and all other relief which this Court deems just and proper, and to provide timely Notice to all interested parties of same, pursuant to Rule 44 of the Federal Rules of Appellate Procedure ("FRAP") *in pari materia* with Federal Rules of Civil Procedure ("FRCP") Rule 24(c) (**United States** not yet a party); and Article III, Section 2, Clause 1 ("3:2:1") in the Constitution for the United States of America, as lawfully amended (hereinafter "U.S. Constitution").  See 28 U.S.C. 2072(b) and the Act of June 25, 1948, 62 Stat. 869 *et seq.* in full.

### NOTICE OF CHALLENGE TO THE CONSTITUTIONALITY
### OF CERTAIN ACTS OF THE CONGRESS OF THE UNITED STATES

2.Pursuant to the duties imposed upon it by virtue of FRAP Rule 44, the Office of the Clerk of this Court ("          Circuit Clerk") will now please certify to the Office of the United States

came first. If never qualified, then no appointment or designation by any federal judge could have been valid, or lawful, in the first instance.

Nevertheless, before I satisfy the legal requirements imposed upon me by the federal criminal statute at 18 U.S.C. 4 (misprision of felony), and before I formally charge Clerk of Circuit court with impersonating a federal officer, in violation of 18 U.S.C. 912 (a felony), I wish to confirm, once and for all, whether or not certain documentary evidence exists.

Documentary evidence may indicate that a federal judge did *attempt* to appoint :to the office of United States magistrate judge, and/or that a federal judge did *attempt* to designate Clerk of court to conduct hearings and submit findings of fact and conclusions of law in My case, _____ now before the Circuit.

I would regard such documentary evidence as a factor mitigating the charge I now intend to file against Clerk of Circuit court, for impersonating a federal officer in violation of 18 U.S.C. 912, and I do intend to supplement My Complaint of Judicial Misconduct with said evidence (if available).

## DEMAND FOR SPECIFIC PERFORMANCE

Accordingly, I hereby demand the timely exhibition and certification of any and all documentary evidence that a federal judge did attempt to appoint ANY Judge in ⌐        CIRCUIT court to the office of United States magistrate judge, pursuant to 28 U.S.C. 631 (a) (or any other lawful authority).

I also demand the timely exhibition and certification of any and all documentary evidence that a federal judge did attempt, pursuant to 28 U.S.C. 636 (b)(1)(B) (or any other lawful authority), to designate         CIRCUIT COURT )to conduct hearings and submit findings of fact and conclusions of law in My case, _____ now IN Circuit COURT.

## NOTICE OF DEADLINE

I am giving each of you a reasonable deadline of thirty (20) calendar days hence, which deadline is 5:00 p.m. on           20   A.D., to produce the documentary evidence itemized above. Beyond that

Attorney General that the constitutionality of certain Acts of Congress affecting the public interest is herein drawn in question.

3.Likewise, the Circuit Clerk will now please certify Her Judicial office? for presentation of all evidence admissible, and for argument(s) on the question of the constitutionality of 28 U.S.C. 2072(b), and of the Act of June 25, 1948, 62 Stat. 869 *et seq.* presently codified at Title 28 of the United States Code ("U.S.C."

Pursuant to all authorities now cited in this recently filed PETITION FOR REHEARING *EN BANC* AND REQUEST FOR ORAL ARGUMENTS, particularly Legerton v. Chambers, 163 P. 678, 32 Cal.App. 601 (1917) and Thompson v. Holt, 52 Ala. 491, the United States now stipulates that a Presidential Commission is the highest and best evidence of a judge's right to office until, on *quo warranto* or a proceeding of that nature, that claim is annulled by *judicial*determination.

Accordingly, in deference to applicable State laws, the United States hereby moves this honorable Court for a lawful Writ in the nature of *Quo Warranto*, properly issued by the Circuit Clerk upon CIRCIUT COURT, to demonstrate by what lawful authorities (if any) Legal Standing claims to preside any? Court of the United States for the Judicial BRANCH, and by what lawful authorities (if any) to exercise the judicial Power of the United States under Article III in the instant case.

# I refer you now to the cases which have held that a Presidential Commission is required for all judges of the Supreme Court, Circuit Courts, and                   District                   Courts

To date, I have requested any evidence that          CIRCUIT COURT has been duly appointed or designated under 28 U.S.C. 631(a) or 636(b)(1)(B), respectively, because the matter of qualifications