UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Ronald J. Santiago

       Plaintiff

v.

Scott County Sheriff

       Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:20-cv-00027

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Plaintiff's Complaint is DISMISSED under 28 U.S.C. § 1915(e)(2). Judgment is entered in favor of Defendant.

Date: April 16, 2020

CLERK, U.S. DISTRICT COURT

/s./ K. Chrismer
_____
By: Deputy Clerk